In the Matter of GABRIEL L. KAPLAN, Appellant, against
S. HOWARD COHEN et al., Constituting the Board of
Elections of the City of New York, et al., Respondents.

In the Matter of LUIGI ANTONINI, Individually and as
Chairman of the STATE COMMITTEE OF THE AMERICAN
LABOR PARTY, et al., Respondents, against S. HOWARD
COHEN et al., Constituting the Board of Elections of
the City of New York, et al., Respondents, and GABRIEL
L. KAPLAN et al., Appellants.

*Argued October 28, 1940; decided October 29, 1940.*

634

*C. Dickerman Williams* and *Irving Kaufman* for Gabriel L. Kaplan, appellant.

*Hyman N. Glickstein* and *Samuel M. Blinken* for Benjamin L. Greenberg, appellant.

*Terence J. McManus, Matthew M. Levy, Joseph E. Brill, Maxwell Julian Eile, Eli Kriger* and *James Lipsig* for petitioners, respondents.

Orders affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.